# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Anthony Jones | : |
| | : |
| | :    JURY DEMANDED |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| Dollar Tree, Inc., et al | : |
| | :    No.: 17-13226 |
| | : |
| Defendant | : |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Anthony Jones, by and through his undersigned attorney, hereby voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(b).

**LAW OFFICES OF ERIC A. SHORE, P.C.**

BY:  s/Graham F. Baird
    **GRAHAM F. BAIRD, ESQUIRE**
    Two Penn Center
    1500 JFK Boulevard, Suite 1240
    Philadelphia, PA 19102

    Attorney for Plaintiff, Anthony Jones

Date: 2/21/2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Anthony Jones | : | |
| | : | |
| | : | JURY DEMANDED |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Dollar Tree, Inc., et al | : | |
| | : | No.: 17-13226 |
| | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

On February 21, 2018, the undersigned served the Plaintiff's Voluntary Dismissal via electronic mail upon the following counsel:

Christine P. O'Hearn, Esq.
Brown & Connery, LLP
360 Haddon Avenue
Westmont, NJ 08108


**LAW OFFICES OF ERIC A. SHORE, P.C.**


BY:   s/Graham F. Baird
　　　**GRAHAM F. BAIRD, ESQUIRE**
　　　Attorney for Plaintiff, Anthony Jones

Date:  2/21/2018